UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DERRICK ALLEN | * | NUMBER: 14-506-JWD-RLB |
| | * | |
| VERSUS | * | |
| | * | JUDGE: J. DEGRAVELLES |
| | * | |
| ENVIROGREEN LANDSCAPE | * | |
| PROFESSIONALS, INC. | * | MAG: R. BOURGEOIS |

## **MOTION FOR SUMMARY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes defendant, Envirogreen Landscape Professionals, Inc. ("Defendant"), who files this Motion for Summary Judgment seeking the dismissal of all claims alleged against it in the "Attempt to File a Complaint in Federal Court" filed by Derrick Allen ("Plaintiff" or "Allen") (hereinafter referred to as the "Complaint"), on the following grounds:

1.

The Complaint filed by Plaintiff alleges a violation of Title VII, specifically alleging that Defendant retaliated against Plaintiff for reporting "discriminatory employment practices" with regard to "wages paid, hours of work, and working conditions." (Doc. 1).

2.

As set forth in greater detail in the supporting memorandum which accompanies this Motion, Plaintiff will be unable to satisfy the prima facie case of his Title VII retaliation claim, i.e. that (1) he participated in an activity protected by Title VII, (2) he suffered an adverse

employment action, and (3) there is a causal relationship between the protected activity and the adverse employment action.

3.

Plaintiff will be unable to show that he participated in an activity protected by Title VII or that, if he did, which is denied, that there was a relationship between such protected activity and any adverse employment action.  Because Plaintiff will bear the burden of proof on his claims at trial and there are no disputed issues of material fact, Defendant is entitled to summary judgment as a matter of law.

4.

Submitted in support hereof as Exhibit A are excerpts and certain exhibits from the deposition of Plaintiff taken on March 16, 2015.

WHEREFORE, Defendant prays for summary judgment in its favor dismissing all claims against it set forth in the Complaint and for such other relief to which it is entitled by law.

> By Attorneys,
>
> KANTROW, SPAHT, WEAVER & BLITZER
> (A PROFESSIONAL LAW CORPORATION)
> 445 North Boulevard, Suite 300 (70802)
> P. O. Box 2997
> Baton Rouge, Louisiana 70821-2997
> Telephone: (225) 383-4703
> Facsimile: (225) 343-0630
>
> By: __/s/ John C. Miller_____
>     John C. Miller, #9490
>     Jennifer A. Hataway, #26323
> Attorneys for Envirogreen Landscape Professionals, Inc.

## **CERTIFICATE**

      I hereby certify that a copy of the above and foregoing Motion for Summary Judgment has been served on Derrick Allen, P.O. Box 423, Baker, Louisiana 70704 by placing same in the United States mail, postage prepaid and properly addressed and/or by facsimile and/or by PACER notice, this 13th day of November, 2015.

                                                /s/ Jennifer A. Hataway
                                                  Jennifer A. Hataway

#324918